RECEIVED
IN LAKE CHARLES, LA

JUL 20 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CHARLES LAMONT HAIRSTON** **FED. REG. #31958-177** | : | **DOCKET NO. 2:10 CV1339** **SECTION "P"** |
| VS. | : | JUDGE MINALDI |
| JOSEPH P. YOUNG | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the petition for writ of *habeas corpus* be DENIED and DISMISSED for lack of jurisdiction.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 19 day of July 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE